
FILED
OCT 08 2019
Clerk, U.S. District and
Bankruptcy Courts

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

HELEN HEWETT, )
)
      Plaintiff, )
v. ) Civil Action No. 19-2767 (UNA)
)
CHRISTY LEE STEVENS, *et al.*, )
)
      Defendants. )

## MEMORANDUM OPINION

This matter is before the Court on the plaintiff's application to proceed *in forma pauperis* and her *pro se* complaint. For the reasons stated below, the Court will grant the application and dismiss the complaint.

The trial court has the discretion to decide whether a complaint is frivolous, and such finding is appropriate when the facts alleged are irrational or wholly incredible. *Denton v. Hernandez*, 504 U.S. 25, 33 (1992); *see Neitzke v. Williams*, 490 U.S. 319, 325 (1989) ("[A] complaint, containing as it does both factual allegations and legal conclusions, is frivolous where it lacks an arguable basis either in law or in fact."). Having reviewed the complaint, and its allegations of plots to kidnap, rape and murder plaintiff and her children, the Court concludes that what factual contentions are identifiable are baseless and wholly incredible. The complaint is frivolous and must be dismissed. *See* 28 U.S.C. § 1915(e)(1)(B). An Order consistent with this Memorandum Opinion is issued separately.

DATE: October 7th, 2019

                                                          CHRISTOPHER R. COOPER
                                                         United States District Judge